UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
KIMBERLY ZISCAND, on behalf of herself
and all others similarly situated,

                        Plaintiff(s),           **ORDER**
                                                                     CV 12-1841(LDW)(ARL)

        -against-

ARTHUR MURRAY INTERNATIONAL,
*et al.*,

                        Defendants.
---------------------------------------------------------------X
**LINDSAY, Magistrate Judge:**

      Before the court is plaintiff's letter application dated February 12, 2013 seeking clarification of the rulings made at the February 6, 2013 conference. The undersigned made clear at the conference held on February 6, 2013 that discovery would be extended only to that extent necessary for the parties to make and respond to the motion for summary judgment; which was fully explored and ruled on at the hearing. In addition issues concerning any additional discovery and/or motion practice were addressed and clearly ruled on at the hearing. The plaintiff is encouraged to obtain a transcript of the conference if needed to review the rulings made at the hearing.

Dated:  Central Islip, New York                    **SO ORDERED:**
         February 25, 2013

                                                           _____/s_____
                                                            ARLENE R. LINDSAY
                                                            United States Magistrate Judge